# EXHIBIT A

# Rental Agreement Cover Sheet

24/7 Roadside Assistance:
1-800-526-0798

**Rental Agreement #:52956943**

Created by: A.GONZALEZ
Completed by: S.GREEN
Entered At: 0033-26
**Status:** **COMPLETED**

HOUSEHOLD ONEWAY

**Pick Up Date:** **10/20/15 01:08 PM**
**Expected Return Date:** **11/04/15 01:08 PM**

**CUSTOMER INFORMATION**
EDWARD KING
2100 EVELYN DR
FOREST PARK, GA 30249 USA
Day (678) 756-5354

**PICK UP LOCATION**
HOME DEPOT #0118 (0033-26)
4325 NEW SNAPFINGER
WOODS DR
DECATUR, GA 30035 USA
Voice (678) 418-3326
Fax (678) 418-3326

**DROP OFF LOCATION**
HOME DEPOT #0818 (4611-57)
289 VAUGHAN LN
PELL CITY, AL 35125 USA
Voice (205) 884-0032

DRIVER NAME(S): RASHON WHITE

TRAVEL SCOPE: Intrastate

This lessor cooperates with all Federal, State, and local law enforcement officials nationwide to provide the identity of customers who operate this rental CMV

**UNIT INFORMATION**

**Unit #:9260280**
6025 - 26FT SAD MEDIUM VAN

Max. Payload: 11,400 lbs.
Height: 12 ft.6 in.

Rented With Damage: NO

License #: 2099027

**Mileage Out:136,931**

License State: IN

License Exp: 02/29/2016

**Fuel Out: FULL**

Owning Location: 0723-10

Days Allowed 15

Miles Allowed 9999

NO HAZARDOUS MATERIAL BEING TRANSPORTED

Please verify the above fuel level is correct. Customers who return vehicles with less fuel than when rented will be charged $8.00/gallon to refuel vehicle. Also, Customers will be assessed a $100per day late fee if the unit is returned after the expected return date.

X______ **Initials**

**OPTIONAL PROTECTION PLANS**

| | |
|---|---|
| Limited Damage Waiver/LDW $0 Responsibility $50.00/Trip | *ACCEPTED* |
| Supplemental Liability | *DECLINED* |
| Personal Accident Insurance | *DECLINED* |
| Cargo Insurance | *DECLINED* |
| Towing Insurance | *DECLINED* |

THIS CONTRACT OFFERS, FOR ADDITIONAL CHARGE OPTIONAL VEHICLE PROTECTION TO COVER YOUR FINANCIAL RESPONSIBILITY FOR DAMAGE OR LOSS TO THE RENTAL VEHICLE. THE PURCHASE OF OPTIONAL VEHICLE PROTECTION IS OPTIONAL AND MAY BE DECLINED. YOU ARE ADVISED TO CAREFULLY CONSIDER WHETHER TO PURCHASE THIS PROTECTION IF YOU HAVE A RENTAL VEHICLE COLLISION COVERAGE PROVIDED BY YOUR CREDIT CARD OR AUTOMOBILE INSURANCE POLICY. BEFORE DECIDING WHETHER TO PURCHASE OPTIONAL VEHICLE PROTECTION, YOU MAY WISH TO DETERMINE WHETHER YOUR CREDIT CARD OR VEHICLE INSURANCE AFFORDS YOU COVERAGE FOR DAMAGE TO THE RENTAL VEHICLE AND THE AMOUNT OF DEDUCTIBLE UNDER SUCH COVERAGE.

# Rental Agreement Cover Sheet

**24/7 Roadside Assistance:**
**1-800-526-0798**

**Rental Agreement #:52956943**

HOUSEHOLD ONEWAY

| | | | |
|---|---|---|---|
| Created by: | A.GONZALEZ | **Pick Up Date:** | **10/20/15 01:08 PM** |
| Completed by: | S.GREEN | **Expected Return Date:** | **11/04/15 01:08 PM** |
| Entered At: | 0033-26 | | |
| **Status:** | **COMPLETED** | | |
| Customer Name: | EDWARD KING | | |
| Created On: | 10/20/15 04:53 PM | Changed On: | 10/20/15 07:12 PM |

**BILLING INFORMATION**

Invoice #: PO #: Billing Cycle: Weekly

Bill Start Date:10/20/15 01:08 PM

**Remit To: PENSKE TRUCK LEASING CO.,L.P. - P.O.BOX 532658 ATLANTA, GA 30353--265 USA**

CHARGES

| Type | Quantity | Unit of Meas | Rate | Charge |
|---|---|---|---|---|
| Unit #:9260280 | | | | |
| | | Trip | $175.00 | **$175.00** |
| Web Discount: 10.0% | | | | **(17.50)** |
| LDW $0 Responsibility | | Trip | $50.00 | **$50.00** |
| Extra Days @ $50/day | 13 | EA | $50.00 | **$650.00** |
| Oneway Security Deposit | 1 | EA | $100.00 | **$100.00** |
| environmental fee | 1 | DY | $9.00 | **$9.00** |
| | | | **SUBTOTAL:** | **$966.50** |

**TAXES**

| | |
|---|---|
| GA SALES TAX | **$57.16** |
| **TOTAL DUE:** | **$1,023.66** |

**PAYMENTS AND REFUNDS**

| Pay Type | Trans | Date | Card # | Approval Code | |
|---|---|---|---|---|---|
| THD Payment(CA) | PYMT | 10/20/2015 | | | **($1,023.66)** |

Store: 0118, Trans ID: 144, Register #: 42, CA: $1025.00, CA: $-1.34

| | |
|---|---|
| **PAYMENT:** | **($1,023.66)** |
| **NET DUE:** | **$0.00** |

Penske respects your privacy. Penske's Privacy Policy, available in full at http://www.gopenske.com, details how Penske and its select co-brand and marketing partners treat personal information you submit to us, and lets you know how you may opt out of select uses of your information. You may e-mail us at privacy@penske.com or call us at 1-888-996-5415 any time to opt out.

Customer acknowledges that Customer has read, or been given an opportunity to read, the Rental Agreement, including this Cover Sheet, the General Terms and Conditions, as well as any attachments hereto and agrees to be fully bound by its terms. To the extent the Customer had purchased Limited Damage Waiver coverage, Customer acknowledges reading, understanding, and agreeing with the disclosures, exclusions, and terms and conditions applicable to Limited Damage Waiver as set forth in Attachment D to the Rental Agreement.

By: ______________________

Customer/Authorized Signatory

**Limited Damage Waiver**
**Attachment D**

**NOTICE: PENSKE OFFERS, FOR AN ADDITIONAL CHARGE, LIMITED DAMAGE WAIVER ("LDW") TO COVER YOUR FINANCIAL RESPONSIBILITY FOR DAMAGE OR LOSS TO YOUR RENTAL VEHICLE. THE PURCHASE OF LDW IS OPTIONAL AND IS NOT REQUIRED TO RENT THE VEHICLE. LDW IS NOT INSURANCE.**

**BEFORE DECIDING WHETHER TO PURCHASE LDW, YOU MAY WISH TO DETERMINE WHETHER YOUR OWN AUTOMOBILE INSURANCE OR CREDIT CARD PROVIDES YOU COVERAGE FOR DAMAGE TO THE VEHICLE AND THE AMOUNT OF DEDUCTIBLE UNDER SUCH COVERAGE. YOU MAY ALREADY BE SUFFICIENTLY COVERED UNDER YOUR OWN AUTOMOBILE INSURANCE POLICY OR CREDIT CARD. YOUR OWN AUTOMOBILE INSURANCE MAY COVER COLLISION DAMAGE, FIRE AND THEFT DAMAGE, AND PERSONAL INJURY INCURRED WHILE USING A RENTAL VEHICLE.**

The Terms of this Attachment shall govern the Customer's option to purchase the Limited Damage Waiver ("LDW"). The defined terms used in this Attachment shall have the same meaning as those terms are used throughout the Rental Agreement.

A. Limited Damage Waiver Protection. If Customer elects to purchase the LDW, Penske agrees, subject to the exclusions to LDW listed in Section B below, to contractually waive Customer's responsibility for the cost of damage to, loss or theft of, the Vehicle or attached equipment whether or not due to the fault, negligence or any other act of the Customer.

B. Exclusions to Limited Damage Waiver. Notwithstanding the foregoing and Customer's election of the LDW protection, and to the extent permitted by applicable law, any damage or loss to the Vehicle directly resulting from one or more of the following situations is not covered by LDW protection and Customer shall be liable for all such damage or loss (each, an "LDW Exclusion"):

(1) Use of the Vehicle without Penske's permission;
(2) Use of the Vehicle off a paved road;
(3) Use of the Vehicle in a reckless or abusive manner or in violation of law or regulations;
(4) For Commercial Rentals, insufficient clearance (height or width);
(5) Overloading or transporting a weight in excess of the maximum payload specified on the Rental Agreement;
(6) Improperly loading Vehicle or improperly securing such load, or improper coupling;
(7) Using Vehicle, if a truck or tractor, as a trailer;
(8) Riot, strike or civil commotion;
(9) Customer's or his (her) agent's or employee's failure to remove Vehicle's ignition keys from Vehicle while it is unattended;
(10) Driver's operation of the Vehicle while legally intoxicated or under the influence of any illegal drugs (as defined by the laws of the state where the damage occurs);
(11) Operation of the Vehicle to tow or push cargo or any other object in a manner not permitted by the Rental Agreement;
(12) Operation of the Vehicle to carry persons for hire;
(13) For Household Rentals, operation of the Vehicle to carry property for hire;
(14) Operation of Vehicle in any speed contest;
(15) Use of the Vehicle outside the United States unless that use is specifically authorized in the Rental Agreement;
(16) Any damage or loss which occurs to a Vehicle if the Customer provided fraudulent or false information and Penske would not have rented the Vehicle if it had received true information;
(17) Use of the Vehicle by a person other than an authorized operator (as defined in the Rental Agreement).
(18) Putting the wrong type of fuel into the Vehicle.



Special Offers for Penske Customers

Entice your friends to help you move and pay them in pizza! Save 25% on regular menu price orders when you order online at papajohns.com

Use promo code: **PENSKE25**

## SpareFoot

### NEED STORAGE SPACE?

### Exclusive Penske Offer:

**Find storage at over 7,500 facilities with SpareFoot, get a $25 Home Depot gift card!**

- Search and compare the largest selection of storage units
- Get the best prices and exclusive deals
- Book the right storage unit with helpful photos, reviews + more

Visit: **Sparefoot.com/PenskeOffer** Call: **1-877-512-4448** Scan: 



**VI. LIABILITY PROTECTION AND INSURANCE**

Penske provides, requires, and offers a variety of risk mitigation programs, including insurance and a limited damage waiver, depending upon whether the Rental is a Household Rental or Commercial Rental.

A. Household Rental

1. Liability Insurance. Penske agrees to provide liability protection for Customer and any Authorized Operator, and no others, subject to any limitations herein, in accordance with the standard provisions of a basic automobile liability insurance policy as required in the jurisdiction in which the Vehicle is operated, against liability for bodily injury, including death, and property damage arising from use of Vehicle as permitted by the Rental Agreement, with limits as required by the state financial responsibility law or other applicable statute. If a trailer, cargo handling equipment or any other equipment is furnished by Customer, no protection is provided for liability resulting from such Customer-furnished equipment. Coverage shall automatically conform to the basic requirements of any No-Fault Law which may be applicable, but does not include "uninsured/underinsured motorist," or supplementary "No Fault," or other optional protection, and the parties hereby reject, to the extent permitted by law, the inclusion of any such protection. Penske warrants that, to the extent permitted by law, the liability coverage described in this paragraph is primary as respects any other insurance available to Customer or any Authorized Operator as defined in this Rental Agreement.

2. Supplemental Liability Insurance. This is optional coverage Customer may elect to purchase. If Customer elects to purchase this coverage, it will be noted on the Cover Sheet and will be subject to the terms and conditions in Attachment A.

3. Cargo/Towing/Personal Accident Insurance. This is optional coverage Customer may elect to purchase. If Customer elects to purchase this coverage, it will be noted on the Cover Sheet and will be subject to the terms and conditions in Attachment B. This election will not provide coverage for loss or damage caused by hazardous materials.

4. Limited Damage Waiver. This is optional coverage Customer can purchase. It is not insurance, but rather an agreement with Penske which protects Customer from loss or damage to the Vehicle during the term of the Rental, subject to certain exceptions. If Customer elects to enroll in this program, it will be noted on the Cover Sheet and will be subject to the terms and conditions in Attachment C.

B. Commercial Rental

1. Liability Insurance. Liability Insurance is required during the Rental. Customer may satisfy this requirement for Commercial Rentals by either electing the Penske provided Coverage or by providing its own coverage, subject to the requirements set forth herein. Customer's election of insurance will be noted on the Cover Sheet.

(i) Penske Provided Coverage. If Customer elects Penske Liability Coverage, Penske agrees to provide liability protection for Customer and any Authorized Operator, and no others, subject to any limitations herein, in accordance with the standard provisions of a basic automobile liability insurance policy as required in the jurisdiction in which the Vehicle is operated, against liability for bodily injury, including death, and property damage arising from use of Vehicle as permitted by the Rental Agreement, with limits as required by the state financial responsibility law or other applicable statute. Notwithstanding any provisions prohibiting non-Penske trailers, if a trailer, cargo handling equipment or any other equipment is furnished by Customer, no protection is provided for liability resulting from such Customer furnished equipment. Coverage shall automatically conform to the basic requirements of any No-Fault Law which may be applicable, but does not include "uninsured/underinsured motorist," or supplementary "No-Fault," or other optional protection, and the parties hereby reject, to the extent permitted by law, the inclusion of any such protection. Penske warrants that, to the extent permitted by law, the liability coverage described in this paragraph is primary as respects any other insurance available to Customer or any Authorized Operator as defined in this Rental Agreement.

(ii) Customer Provided Coverage. If Customer elects to provide its own coverage, Customer shall, at its sole cost, provide liability coverage for Customer and Penske, and their respective agents, servants, contractors and employees, in accordance with the standard provisions of a basic automobile liability insurance policy as required in the jurisdiction in which Vehicle is operated, against liability for bodily injury, including death, and property damage arising out of ownership, maintenance, use and operation of Vehicle with limits of a combined single limit of at least $1,000,000 per occurrence. Such coverage shall be primary and not in excess or contributory and shall be in conformity with the basic requirements of the applicable No-Fault or Uninsured Motorist Laws. Such coverage shall name Penske as additional insured and shall be in a form acceptable to Penske. Customer shall deliver all policies of insurance, or evidence satisfactory to Penske of such coverage, prior to delivery of Vehicle to Customer. Each insurer shall agree, by endorsement upon the policy issued by it, or by an independent document provided to Penske, that it shall give Penske thirty (30) days prior written notice of the effective date of any alteration, modification or cancellation of such policy and that such notice shall be sent to Penske at Penske's address stated on the Cover Sheet.

2. Supplemental Liability Insurance. This is optional coverage Customer may elect to purchase to cover straight trucks only. If Customer elects to purchase this coverage, it will be noted on the Cover Sheet and will be subject to the terms and conditions in Attachment C.

3. Limited Damage Waiver. This is optional coverage Customer can purchase. It is not insurance, but rather an agreement with Penske which protects Customer from loss or damage to the Vehicle during the term of the Rental, subject to certain exceptions. If Customer elects to enroll in this program, it will be noted on the Cover Sheet and will be subject to the terms and conditions in Attachment D.

**VII. INDEMNIFICATION AND LIMITATION OF LIABILITY**

***** Disclaimers and Releases Contained in this Paragraph. Please Read Carefully *****

A. INDEMNIFICATION OF PENSKE. CUSTOMER SHALL PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS PENSKE AND ITS PARTNERS AND THEIR RESPECTIVE OFFICERS, DIRECTORS, SHAREHOLDERS, AGENTS, SERVANTS, REPRESENTATIVES AND EMPLOYEES FROM ANY AND ALL CLAIMS, SUITS, COSTS, LOSSES, DAMAGES, EXPENSES (INCLUDING REASONABLE ATTORNEYS' FEES) AND LIABILITIES (EVEN IF PENSKE IS CLAIMED TO HAVE BEEN OR IS PROVEN TO BE NEGLIGENT) ARISING FROM: (1) CUSTOMER'S FAILURE TO COMPLY WITH ITS OBLIGATIONS TO GOVERNMENTAL BODIES HAVING JURISDICTION OVER CUSTOMER AND THE VEHICLE; (2) CUSTOMER'S FAILURE TO COMPLY WITH THE TERMS OF THIS RENTAL AGREEMENT; (3) ANY LIABILITY OR DISPUTE ARISING FROM PROPERTY LEFT IN A VEHICLE OR ABANDONED BY CUSTOMER AS SET FORTH HEREIN; (4) ANY LIABILITY IMPOSED UPON OR ASSUMED BY CUSTOMER UNDER ANY WORKER'S COMPENSATION ACT, PLAN OR CONTRACT AND ANY AND ALL INJURIES (INCLUDING DEATH) OR PROPERTY DAMAGE SUSTAINED BY CUSTOMER OR ANY DRIVER, AGENT, SERVANT OR EMPLOYEE OF CUSTOMER; (5) LOSS OR DAMAGE INCURRED BY PENSKE FROM CUSTOMER'S USE OF A VEHICLE, TRAILER OR ATTACHMENT NOT OWNED OR INSURED BY PENSKE; (6) CLAIMS ARISING OUT OF CUSTOMER'S NEGLIGENCE OR BREACH OF THIS RENTAL AGREEMENT; (7) PENSKE'S NEGLIGENCE; OR (8) CLAIMS WHICH ARISE OUT OF CUSTOMER'S MAINTENANCE, USE OR OPERATION OF THE VEHICLE. CUSTOMER'S OBLIGATIONS UNDER THIS INDEMNIFICATION SHALL SURVIVE THE TERMINATION OR EXPIRATION OF THIS RENTAL AGREEMENT.

THE PARTIES AGREE THAT THE INDEMNIFICATION PROVISIONS HEREIN, AND THE SCOPE THEREOF, SHALL NOT BE MODIFIED, ABRIDGED OR OTHERWISE REDUCED BY ANY GOVERNING STATUTE, LAW, DECISION OR AUTHORITY (INCLUDING ANY PROVISIONS RELATED TO IMMUNITY) AND SHALL BE FULLY ENFORCED WITHOUT REGARD TO ANY LIABILITY LIMITS, IF APPLICABLE. TO THE EXTENT THERE IS ANY LAW THAT WOULD PROVIDE IMMUNITY TO CUSTOMER FOR ANY DAMAGES ARISING FROM ITS USE OF THE VEHICLE, SUCH PROTECTIONS ARE HEREBY WAIVED AND CUSTOMER REPRESENTS THAT IT HAS THE FULL AUTHORITY TO INDEMNIFY PENSKE. CUSTOMER AND ITS CARRIER SPECIFICALLY WAIVE ANY RIGHT, CLAIM OR ISSUE CHALLENGING SUCH ENFORCEMENT. THIS INDEMNIFICATION SHALL BE INTERPRETED AND ENFORCED UNDER GENERAL PRINCIPLES OF CONTRACT LAW.

B. DISCLAIMER OF LIABILITY AND RELEASE. PENSKE MAKES NO WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE MERCHANTABILITY, FITNESS FOR ANY PARTICULAR PURPOSE OR ABSENCE OF ANY MANUFACTURING DEFECTS OF ANY VEHICLE UNDER THIS RENTAL AGREEMENT, REGARDLESS OF THE CAUSE THEREOF (INCLUDING ANY NEGLIGENCE BY PENSKE). PENSKE AND ITS PARTNERS SHALL NOT BE LIABLE FOR, AND CUSTOMER HEREBY RELEASES PENSKE FROM, ALL CONSEQUENTIAL, INCIDENTAL, SPECIAL, PUNITIVE OR STATUTORY DAMAGES, INCLUDING, BUT NOT LIMITED TO (1) CUSTOMER'S PROFITS OR BUSINESS; (2) LOSS OR DAMAGE TO CARGO, DRIVER'S TIME, COSTS RELATED TO ANY BREAKDOWN, OR FAILED RESERVATION; AND (3) FOR ANY PROPERTY LEFT, STORED, LOADED OR TRANSPORTED ON THE VEHICLE. CUSTOMER ASSUMES THE RISK OF ALL SUCH LOSS OR DAMAGE AND FULLY AND COMPLETELY WAIVES ANY AND ALL CLAIMS AGAINST PENSKE BY REASON THEREOF, REGARDLESS OF CAUSE.

**VIII. MISCELLANEOUS PROVISIONS**

A. Non-Assignment. Customer is not permitted to assign, transfer, convey or sublet any rights, duties and/or obligations set forth in this Rental Agreement.

B. Nondisparagement. Customer agrees not to, directly or indirectly, participate in, establish, or create individually or in concert with others, any communication which makes, represents, or advertises, by way of fact or opinion, any slanderous, libelous, injurious, disparaging or adverse statements about Penske, its partners, directors, employees, affiliates or assigns. Customer recognizes that engaging in such conduct is harmful to Penske's business to such an extent that monetary damages may not be an adequate remedy and, as a result, Customer hereby consents to the entry of any injunction against Customer to prevent the dissemination or communication of any defamatory or injurious material or statements.

C. Authority. Customer acknowledges and agrees that the Rental Agreement is binding, and the signatory on behalf of Customer is authorized to contract in Customer's name, incur obligations on its behalf and bind Customer to the terms of the Rental Agreement and any subsequent modifications thereto.

D. Substitute Vehicle. If a vehicle is provided to Customer as a substitute, replacement or additional vehicle ("Extra Vehicle") pursuant to a Vehicle Lease, Service Agreement or other Penske agreement with Customer ("Underlying Agreement"), the terms of that Underlying Agreement shall control the Extra Vehicle, unless otherwise noted on the Underlying Agreement.

E. No Representations. The Parties represent and warrant that there have been no representations or promises made by the other or their representatives on which they relied in connection with this Rental Agreement other than what is set forth herein.

F. Governing Law. This Rental Agreement shall be governed by and construed in accordance with the substantive law of the State of Delaware.

G. Full Agreement. This Rental Agreement constitutes the entire agreement and understanding between the Parties relating to the rental of a Vehicle and shall not be modified or altered, except by written instrument duly executed by the Parties. This Rental Agreement supersedes any prior rental agreement between the Parties concerning the subject matter hereof.

H. Severability and State Riders. Should any clause, sentence, paragraph or other part of this Rental Agreement be finally adjudged by any court of competent jurisdiction to be unconstitutional, invalid or in any way unenforceable, such adjudication shall not affect, impair, invalidate or nullify the Rental Agreement as a whole, but shall affect only the clause, sentence, paragraph or other parts so adjudged.

I. Cooperation. Customer agrees to cooperate with Penske in connection with the defense or prosecution of any lawsuit or in dealing with any governmental authority. Penske cooperates with all Federal, State and local law enforcement officials which may include, without limitation, providing the identity of Customers who operate rental Vehicles and consenting to any search of any rental Vehicle.

The following State Riders shall apply and modify this Rental Agreement accordingly:

1. Michigan. Under Michigan law, Penske's liability for operation of the Vehicle is limited to $20,000 because of bodily injury to or death of, one person in any one accident and $40,000 because of bodily injury to, or death of, two or more persons in any one accident, and only if the Vehicle is operated by Customer or other authorized driver(s) or by Customer's spouse, father, mother, brother, sister, son, daughter, or other immediate family member. Customer may be liable to an injured person for amounts awarded in excess of the maximum amounts awarded against Penske described in this paragraph. Customer may also be liable to Penske for the amounts set forth in this paragraph.

2. Florida. Failure to return property or equipment upon expiration of the rental period and failure to pay all amounts due (including costs for damage to the property or equipment) are prima facie evidence of the intent to defraud, punishable in accordance with Section 812.155, Florida Statutes.

3. Arizona. Pursuant to Section 13-1806 of the Arizona Criminal Code, Penske may report as stolen any Vehicle which has not been returned to Penske within 72 hours of the date and time of the Vehicle's scheduled or agreed upon return date. The maximum penalty a Customer may be subject to for failing to return the Vehicle as indicated above shall be a class 1 misdemeanor, carrying a penalty of up to six months imprisonment, or the then current penalty or remedy prescribed by the Arizona legislature.

IN WITNESS WHEREOF, the parties hereto have signed this Rental Agreement or have caused same to be duly executed by their authorized signatories, on the date noted on the Cover Sheet.

©2015 Penske Truck Leasing [illegible]

## Problems?

In the unlikely event of a breakdown or accident, we're here to help. Just call our emergency assistance team and provide the following information:

Your name

Truck number

Nature of concern

Current vehicle location

Cell or accessible phone number to reach you

**Penske 24/7 Roadside Assistance**

**1-800-526-0798**

Rental
Leasing
Logistics

# Truck Rental Agreement

Customer Name: __________

Truck #: __________

Towing #: __________

**RENTAL AGREEMENT RETURN CARD**

***Detach, complete and return this card with the keys and the inspection report.***

**RETURNING YOUR TRUCK**

Call the Penske turn-in location listed on your Rental Agreement to verify hours of operation. Complete the information below, detach card and return with the keys and the inspection report.

**AFTER-HOURS DROP-OFF**

Some Penske locations have the ability to accept trucks after business hours. These locations will be equipped with a KEY DROP-OFF BOX. Lock the truck and place this Rental Agreement return card, the keys and the inspection report in the KEY DROP-OFF BOX.

**Please avoid parking the truck in front of an entrance gate.**

Rental Agreement #: __________

Date vehicle returned: __________

Time vehicle returned: __________

Odometer reading upon return: __________

To save potential fuel charges, please be sure to return your rental truck with the same amount of fuel as when the vehicle was picked up.

Have your Rental Agreement available at all times during your rental term.

If you have any problems, please

**Call 1-800-526-0798**

for Penske 24/7 Roadside Assistance.

GLUE AREA

## RENTAL AGREEMENT TERMS AND CONDITIONS

[illegible] Cover Sheet, which together, along with any attachments hereto, shall constitute the "Rental Agreement" between PENSKE TRUCK LEASING CO., L.P., a Delaware Limited Partnership, with an address at Route 10 Green Hills, P.O. Box 563, Reading, PA 19603 (hereinafter "Penske"), and Customer, as defined below (Penske and [illegible] "Parties").

**Background** [illegible] subject to the terms and conditions set forth in this Rental Agreement [illegible]

### I. GENERAL PROVISIONS

A. Definitions. The following terms are used throughout this Rental Agreement and shall have the following meaning unless the context clearly indicates otherwise.

1. Customer. "Customer" shall be construed to mean any party signing, electronically or otherwise, this Rental Agreement and any other party to whom the charges incurred are billed. Customer shall include any agents, servants or employees of Customer who operate or ride in any Vehicle or who are otherwise involved in the Rental and subject to the exclusive direction and control of Customer.

2. Commercial Rental. "Commercial Rental" shall mean the rental of a Vehicle for the movement of (a) commercial or business goods that are not personal in nature, or (b) goods owned by someone other than Customer for which Customer is to be compensated for moving.

3. Household Rental. "Household Rental" shall mean the rental of a Vehicle to be used in the movement of household goods owned by Customer, or members of Customer's immediate family, for which Customer is not compensated for moving.

4. Intellectual Property. "Intellectual Property" shall mean Penske's technology and intellectual property assets, including, without limitation, any trade secrets, trademarks, trade names, service marks, service names, patents, copyrights, computer programs, hardware and software (including any applications or registrations for intellectual property protection for any of the foregoing) as well as any inventions, designs, configurations, processes, know-how, proprietary information and formulae, and any and all components of the foregoing, regardless of form.

5. Mileage and Fuel Tax Documents. "Mileage and Fuel Tax Documents" shall mean driver trip reports and original fuel purchase receipts.

6. Motor Fuels Use Tax. "Motor Fuel Use Tax" shall mean taxes imposed under the International Fuel Tax Agreement "IFTA" or state specific fuel use tax regulations. The calculation for the tax is in conformance with IFTA or state requirements.

7. Rental. "Rental" shall mean the period of time beginning when Customer picks up the Vehicle until the Vehicle is [illegible] back in Penske's possession.

8. Rental Agreement. This "Rental Agreement" consists of the Cover Sheet, these general Terms and Conditions and any attachments hereto.

9. Vehicle. "Vehicle" shall mean the truck, tractor or trailer identified in this Rental Agreement and all tires, tools, accessories and equipment attached thereto or contained therein. Use of the term "Vehicle" in the singular should not exclude the plural "Vehicles."

10. Weight Distance Tax. "Weight Distance Tax" shall mean taxes based upon the vehicle weight and the miles traveled within the state imposing the tax.

B. Term. This Rental Agreement shall commence at the pick-up time indicated on the Cover Sheet and shall continue until the Vehicle has been returned to Penske, or until back in the possession of Penske.

C. Ownership and Intellectual Property. This Rental Agreement is solely for use of the rented Vehicle only. Customer shall have no express, implied or apparent authority to create or assume, in Penske's name or on its behalf, any obligation, or to act or purport to act as Penske's agent. Nothing contained in this Rental Agreement shall be construed to create the relationship of partnership or joint venture between the Parties. Customer acquires no rights other than the right to use Vehicle in accordance with this Rental Agreement. Customer shall have no claim or right to ownership or use of Penske's Intellectual Property and this Rental Agreement does not constitute consent or authority for Customer to use Penske's Intellectual Property in any capacity outside the scope of this Rental Agreement.

### II. RENTAL AND OTHER CHARGES

A. Rental Charges. Customer shall pay Penske, on demand, the sum of: (1) all charges specified on the Cover Sheet; (2) all other sums due under this Rental Agreement; (3) applicable state and local sales, use and gross receipt taxes on the Rental, or the amount charged by Penske as reimbursement for taxes paid, ton mileage, road use, or similar taxes; (4) Penske's costs, including reasonable attorney's fees, incurred in collecting payments due from Customer, dealing with an Event of Default, cleaning the Vehicle and/or gaining custody of the Vehicle; and (5) all fines, tolls, penalties, forfeitures, court costs, and other expenses assessed against Penske, arising out of the violation of any law, rule or regulation with respect to Customer's possession, operation or use of Vehicle. Customer and any operator of a Vehicle shall be jointly and severally liable for any and all charges and obligations set forth herein. Should Customer fail to pay Penske in accordance with this Rental Agreement, Customer agrees to pay Penske interest on such delinquent amounts, until paid in full, at the maximum legal rate allowable or 18% per annum, whichever is less. The Parties agree that the [illegible] charges are designed to compensate Penske for the inconvenience of such charge not being paid and shall not be construed as a penalty.

1. Minimal Charge. The minimal charge to rent a Vehicle under this Rental Agreement will be the rental rate plus mileage charges, if applicable. All charges are subject to Penske's final audit. If, upon final audit, an error is found in an earlier calculation, Customer, upon notice from Penske, shall be responsible for paying the corrected charges. Accordingly, Customer authorizes Penske to correct any charge-card vouchers (if applicable) signed by Customer to reflect the correct charges.

2. Mileage Calculation. Mileage for the Rental shall be determined by reading the Vehicle's factory installed odometer and shall be charged at the per mile rate (if applicable) identified on the Cover Sheet.

B. Mechanical Damage. Unless otherwise covered by the Limited Damage Waiver identified in Section VI.A.4, Customer agrees to pay for any mechanical or other damage to the Vehicle caused by Customer's failure to maintain adequate engine oil level and pressure and adequate fluid levels (including, but not limited to, water and antifreeze), misuse, unlawful use or by reason of any other neglect of necessary servicing or maintenance of Vehicle while being rented to Customer or under Customer's care, custody or control. Customer will promptly return the Vehicle to Penske, at the location and time specified by Penske, for any inspection and maintenance that may be required by Penske. Customer also agrees to pay for all towing expenses, if the Vehicle becomes stuck (in mud, snow or otherwise) and all expenses incurred to [illegible] the Vehicle if Customer failed to use an engine heating device, if installed. Customer shall not make any alterations or modifications to the Vehicle.

C. Breakdown of Vehicle. Customer assumes full responsibility for any additional expenses or losses incurred by reason of a Breakdown of Vehicle, whether or not causing a delay enroute, including, but not limited to, mileage, towing, Penske [illegible] and subsistence expenses. In the event of any Vehicle replacement for any reason, Penske may, at its option, terminate this Rental Agreement and any replacement Vehicle shall be rented under the terms of a new Rental Agreement.

D. On Board Technology. The Vehicle may be equipped with certain on board technology such as GPS systems, antennas, transceiver boxes or other related equipment ("On Board Technology"). Customer agrees not to tamper with On Board Technology and agrees to be responsible for any and all damage or theft to such On Board Technology which occurs during the Rental, regardless of cause.

E. Unauthorized Charges. Customer agrees to pay or reimburse Penske for any unauthorized purchases, including, but not limited to, fuel, repairs, materials and service obtained through use of the Penske fuel-stop program. Penske must pre-approve any service to, or replacement of, a part or accessory to the Vehicle.

F. Fines and Penalties. Customer agrees to pay fines and penalties in connection with all parking, traffic, operating and moving violations relating to the Vehicle during the Rental. In addition, Customer shall be responsible for the payment of any and all tolls associated with the use and operation of the Vehicle during the Rental, and for the payment of any and all fines, fees, costs or expenses related to toll evasion or any other traffic violations. In addition, Customer agrees to pay for all special fees or taxes required by any law or regulation, including, but not limited to, trip permits or licenses.

G. Driver Trip Reports. Customer must submit weekly Mileage and Fuel Tax Documents. Customer shall pay the Motor Fuels Use Tax and Weight Distance Tax attributable to Customer's use of the Vehicle. If applicable, Penske shall prepare and file Motor Fuel Use Tax and Weight Distance Tax returns, based upon Customer's submission of Mileage and Fuel Tax Documents and any other information necessary for the preparation of the tax returns. In the event Customer fails to submit the Mileage and Fuel Tax Documents, Penske shall calculate the Customer's mileage and fuel tax liability based upon such information as is available to Penske. Customer's Motor Fuels Use Tax and Weight Distance Tax obligation shall be billed to Customer as an additional charge. Customer shall pay such obligation per the terms of this Rental Agreement.

H. Security. If Customer is required to pay a security deposit as a condition of a Rental ("Security Deposit"), Penske shall hold the Security Deposit as security for Customer's full and faithful performance of all of its obligations under this Agreement. Customer shall not be entitled to any interest on the Security Deposit, and Penske may commingle the Security Deposit with its other funds. If Customer shall default in the performance of any of its obligations under this Agreement, Penske may (but shall not be obligated to) apply all or any portion of the Security Deposit to the damages sustained by Penske as a result of or to cure such default. Penske's application of the Security Deposit pursuant to the preceding sentence shall not be construed as an agreement to limit the amount of Penske's claim or as a waiver of any damage resulting from Customer's default. If Penske applies any amount of the Security Deposit as a result of a Customer breach, Customer agrees to reimburse Penske in the applied amount within ten (10) days after a request by Penske. If Customer shall fully perform and comply with all of the terms and conditions of this Agreement, Penske shall then return the remaining Security Deposit within a reasonable time after Customer returns all Vehicles to Penske.

Failure to provide a timely Security Deposit may require Customer to pick up the Vehicle at a different location or result in Penske cancelling the reservation.

I. Cancellation Fee. If a Customer cancels any Rental within two days of the beginning of the Rental, Customer agrees to pay a $100.00 cancellation fee upon request by Penske. This fee shall not be construed as a penalty but as a charge that is designed to offset Penske's expenses in securing the Vehicle for Rental.

### III. CONDITION AND USE OF VEHICLE

A. Condition of Vehicle. Customer acknowledges that Customer has examined the Vehicle and confirms that it is clean and in good condition, except as otherwise noted on the Rental Agreement or any attached Penske inspection report.

B. Permitted Use. Customer shall use the Vehicle only for its intended purpose of transporting goods and in compliance with all applicable laws, rules and regulations. Customer agrees to remain in possession of such Vehicle and not abandon the Vehicle at any time during the Rental.

C. Authorized Operators of Vehicle.

1. Household Rentals. Authorized operators for Household Rentals shall be limited to Customer and persons 18 or more years of age who are: (i) members of the immediate family of Customer and who permanently reside in Customer's household, or (ii) are listed as additional operators on the Rental Agreement.

2. Commercial Rentals. Authorized operators for Commercial Rentals shall be limited to (i) Customer and any partners, officers, employees and contractors of Customer and (ii) additional authorized operator(s) as approved by Penske in writing. Customer will not surrender the use of the Vehicle to anyone other than a Penske approved operator.

For both Household and Commercial Rentals, any authorized operator shall be properly licensed by one of the United States or Provinces of Canada.

D. Limitations on Use. During the Rental and unless otherwise determined by Penske, Customer shall [illegible] Vehicle. Customer shall not use or permit the Vehicle to be used in any of the following circumstances: (1) in violation of this Rental Agreement; (2) to carry persons other than drivers or helpers employed by Customer (unless authorized by Penske in writing), and with such persons only riding within the cab of the Vehicle; (3) in circumstances where there are more passengers than seatbelts within the cab; (4) to tow boats, campers, trailers or other similar equipment or to tow any other vehicle unless (a) a coupling device is rented and installed by Penske and (b) Penske approves of the tow; (5) in a reckless or abusive manner; (6) off an improved road; (7) on an undercollected [illegible]; (8) for the carrying or hauling of Explosives or Other Dangerous Articles as defined by regulations promulgated by the U.S. Department of Transportation; (9) for the transportation of "hazardous materials" (as defined by regulations promulgated by the United States Department of Transportation), including, but not limited to, gasoline or propane; (10) for the transportation of marijuana, whether for medicinal or other purposes; (11) while Customer or other Authorized Operator is under the influence of intoxicants, hallucinatory drugs, or narcotics; (12) in any race, test or contest or film; (13) in any way defamatory to Penske or in a way that puts Penske in a negative light; or (14) in an unlawful manner.

E. Storing Vehicle. While not in use, Customer agrees to store the Vehicle in a safe location and undertake reasonable precautions to guard against any theft of, or vandalism or mischief to, the Vehicle during the Rental.

### IV. RETURN OF VEHICLE & RESPONSIBILITY FOR DAMAGE

A. Obligations of Return. Customer shall return Vehicle to Penske in the same condition as received, except for ordinary wear, to the location where rented or to Penske's location listed on the Cover Sheet before or on the due date specified, unless the term of the Rental is extended by Penske and, then, no later than the extended due date. Failure to return the Vehicle when due shall constitute an Event of Default. Customer shall be responsible for all physical damage to the Vehicle during the Rental, regardless of cause and shall [illegible] in connection with any repairs.

B. Required Fuel Upon Return. [illegible] ("Threshold Amount"). Customer [illegible] overfilling the Vehicle with more fuel than the Threshold Amount. If Customer does not return the Vehicle with at least the Threshold Amount of fuel, Penske will charge Customer either (1) for Consumer Rentals, the amount equal to the number of gallons necessary to fill the Vehicle to the Threshold Amount, multiplied by the price per gallon noted on the Cover Sheet, or (2) for Commercial Rentals, [illegible] to the number of gallons necessary to fill the Vehicle to the Threshold Amount, multiplied by the price per gallon at the Penske location where the Vehicle was returned to, [illegible] Threshold Amount, and/or (c) as otherwise indicated on the Cover Sheet.

C. Diesel Exhaust Fluid. To the extent any Vehicle requires Diesel Exhaust Fluid (DEF), Customer agrees to pay for DEF as needed, at Penske's rates then in effect, including any applicable taxes and fees. Charges for DEF will appear on the Cover Sheet.

D. Responsibility for Damage and Loss. Customer assumes the risk of loss of, or damage to, all Vehicles from any and every cause whatsoever, including, without limitation, casualty, collision, upset, fire, theft, malicious mischief, vandalism, graffiti, glass breakage, and mysterious disappearance, except as otherwise set forth herein.

E. Repairs. All repairs of damage to a Vehicle shall be performed by Penske or its designee. Customer shall pay to repair and restore the Vehicle to good working order (as determined by Penske), and if in Penske's judgment a Vehicle has been lost, stolen, destroyed, or damaged beyond repair, Customer shall pay Penske the fair market value of the Vehicle as reasonably determined by Penske. Upon Penske's receipt of such payment, this Rental Agreement shall terminate as to such Vehicle, and the Vehicle shall become the property of Customer, as-is, where-is.

### V. DEFAULT AND REMEDIES

A. Event of Default. An "Event of Default" shall occur if Customer: (1) fails to pay any Charges when due or fails to maintain any insurance coverage hereunder; (2) fails to perform any other term of this Rental Agreement; (3) abandons the Vehicle; (4) fails to comply with all applicable laws, rules and regulations; (5) fails to provide a deposit; or (6) makes any false representation or statement either in this Rental Agreement or in connection with renting a Vehicle.

B. Remedies for Default. Upon the occurrence of an Event of Default, Penske shall not be required to perform its obligations under this Rental Agreement and may immediately terminate this Rental Agreement and take one or more of the following remedies:

1. Cancel a reservation;

2. [illegible] direct, incidental, consequential, punitive, statutory or other damages from Customer including, but not limited to, downtime and loss of use;

3. Immediately take possession of and repossess the Vehicle without demand or notice and at Customer's expense. Customer waives prior notice, pre-seizure hearing and judicial process as a condition precedent to such repossession. Moreover, Customer gives its consent for Penske to enter upon Customer's premises to repossess the Vehicle, without being liable for trespass;

4. Report the Vehicle stolen to law enforcement authorities if the Vehicle is not timely returned to Penske. Penske may [illegible] and/or take any other steps which Penske shall reasonably deem necessary, to recover Vehicle; and

5. Charge Customer's credit card for any amounts Penske reasonably determines are owed under the Rental Agreement, even if the actual amount of such charges are not known at the time of Rental. Customer's renting of the Vehicle shall be sufficient consent for this charge. Customer further consents to Penske charging any of Customer's credit cards that it has on file in connection with securing payment under this Rental Agreement.

C. Non-Liability for Contents and Disposal of Property. Penske shall not be liable for loss of or damage to any property or cargo left, stored, loaded or transported by Customer or any other person in relation to the Rental, regardless of cause (including the negligence of Penske). Customer assumes all risk of such loss or damage and waives all claims against Penske by reason thereof. If the Vehicle contains any property ("Customer Property") at the time the Vehicle is back in Penske's possession (either by virtue of Customer returning the Vehicle or because the Vehicle was recovered by law enforcement or through Penske repossession) Penske is authorized to hold Customer Property for Customer or place it in storage for Customer, at Customer's sole cost and risk of loss or damage. Customer's failure to retrieve Customer Property within thirty (30) days of being notified by Penske, shall constitute Customer's abandonment of Customer Property, and Customer hereby waives any and all right or claim or ownership to such Customer Property. Customer hereby acknowledges that Penske may sell or otherwise dispose of any Customer Property deemed abandoned and accepts this advance disclosure as adequate notice thereof under any applicable law or regulation.

D. Confidentiality. Customer consents to Penske privacy policy located at http://www.gopenske.com/privacy.html which may be modified from time to time without notice to Customer. Customer further consents to Penske sharing Customer information: (1) with any Penske affiliate, including, but not limited to, for purposes of [illegible]; (2) with any governmental body or law enforcement authority, whether confidential or otherwise, in its possession, if reasonably requested by a governmental body or (3) in order to exercise any remedy for default.

E. Interest; Attorneys' Fees. Should Customer fail to pay any charges when due, Customer shall be liable for interest on such delinquent amounts at the rate of one and one-half percent (1.5%) per month or the maximum permissible rate allowed in the jurisdiction in which the Vehicle was rented, calculated from the date on which payment was due until paid. If Penske initiates legal action or consults with legal counsel as the result of an Event of Default, Penske shall be entitled to reimbursement from Customer of all expenses thereby, including reimbursement of reasonable attorneys' fees.